United States District Court
for the
Southern District of Florida

| | |
|---|---|
| RMK Merrill Stevens LLC, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 22-23096-Civ-Scola |
| | ) |
| M/Y "Lifestyle," and others, Defendants. | ) |

### Order on Magistrate Judge's Report and Recommendations

The Plaintiff's motion for final default judgment against Defendant Carlicha Starks (ECF No. 50) was referred to United States Magistrate Judge Eduardo I. Sanchez for a Report and Recommendations. (ECF No. 51.) On March 10, 2025, Judge Sanchez issued a report (Rep. & Recs., ECF No. 57), recommending that the Plaintiff's motion for default judgment be granted. Starks has not filed objections to the report, and the time to do so has passed.

The Court has considered Judge Sanchez's report, the record, and the relevant legal authorities. The Court finds Judge Sanchez's report and recommendations cogent and compelling. The Court **affirms and adopts** Judge Sanchez's report and recommendation (**ECF No. 51**). The Court **grants** the Plaintiff's Motion for Final Default Judgment against Defendant Carlicha Starks **(ECF No. 50)**.

It is hereby **ordered and adjudged** that final default judgment is entered in favor of the Plaintiff and against Carlicha Starks. The Plaintiff is awarded (1) $176,498.42 in damages for service and dockage fees; (2) $54,789.57 in custodia legis fees; and (3) reasonable attorney's fees and costs.

**Done and ordered** in Miami, Florida, on March 14, 2025.

_____
Robert N. Scola, Jr.
United States District Judge